IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

UNITED STATES OF AMERICA    }
    }
    }
  v.    } CR.No. 3:10-cr-14-WKW
    }
SALATHIA CROWELL    }

## MOTION TO WITHDRAW AS COUNSEL

COMES NOW, counsel for the accused Salathia Crowell and prays that this Honorable Court will allow counsel to withdraw from this matter.  As grounds for said request counsel would show the following:

1.   On February 11, 2011, attorney John T. Martin filed a Notice of Attorney Appearance.

2.   On February 24, 2011, attorney John T. Martin was served with certain discovery materials by the United States Attorney's Office which for the first time have revealed that there is an apparent or actual conflict in counsel's representation of Mr. Crowell.

3.   During the first week of March, 2011 counsel meet with his client and informed him of the apparent or actual conflict and that counsel would be seeking to withdraw.

WHEREFORE, the undersigned Counsel request to be allowed to withdraw in this matter.

Respectfully submitted this the 8th day of March, 2011.


s/ John T. Martin

John T. Martin
Attorney for Defendant
Salathia Crowell

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on March 8, 2011 I have this day

served a copy of the foregoing **MOTION TO WITHDRAW AS COUNSEL**

upon the following by electronic filing:

Susan R. Redmond
U.S. Attorney's Office
PO Box 197
Montgomery, AL 36101-0197
334-223-7280
Fax: 223-7560
Email: susan.redmond@usdoj.gov

Tommie Brown Hardwick
U.S. Attorney's Office
PO Box 197
Montgomery, AL 36101-0197
334-223-7280
Fax: 334-223-7135
Email: tommie.hardwick@usdoj.gov


BY: THE MARTIN FIRM, LLP


/s <u>JOHN T. MARTIN</u>
BAR # 473330
COUNSEL FOR DEFENDANT


P.O. Box 1436
Columbus, GA 31902
Phone:          (706) 324-7371
Fax:            (706) 321-9501
john@themartinfirm.com