```
          IN THE UNITED STATES DISTRICT COURT
         FOR THE MIDDLE DISTRICT OF ALABAMA
                    EASTERN DIVISION
```

**UNITED STATES OF AMERICA**    }
                                }
    v.                           } CR.No. 3:10-cr-14-WKW
                                }
**SALATHIA CROWELL**            }

## MOTION FOR APPOINTMENT OF COUNSEL

COMES NOW, present counsel for the accused Salathia Crowell and prays that this Honorable Court will appoint new counsel for the defendant. In support of said motion, counsel would show the following:

1. On March 8, 2011, John T. Martin filed a Motion To Withdraw as Counsel based up his review of supplemental discovery supplied on February 24, 2001 which disclosed for the first time an apparent or actual conflict in counsel's representation of Mr. Crowell.

2. Salathia Crowell is financially unable to hire his own counsel, as evidenced by his CJA 23 Financial Affidavit entered into the record in this case on January 13, 2011.

Wherefore, the defendant prays that this court appoint him new counsel.

Respectfully submitted this the 8th day of March, 2011.

<u>s/ John T. Martin</u>

John T. Martin
Attorney for Defendant
Salathia Crowell

P.O. Box 1436
Columbus, GA 31902
Phone:        (706) 324-7371
Fax:          (706) 321-9501
john@themartinfirm.com

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on March 8, 2011 I have this day served a copy of the foregoing **MOTION FOR APPOINTMENT OF COUNSEL** upon the following by electronic filing:

Susan R. Redmond
U.S. Attorney's Office
PO Box 197
Montgomery, AL 36101-0197
334-223-7280
Fax: 223-7560
Email: susan.redmond@usdoj.gov

Tommie Brown Hardwick
U.S. Attorney's Office
PO Box 197
Montgomery, AL 36101-0197
334-223-7280
Fax: 334-223-7135
Email: tommie.hardwick@usdoj.gov


BY: THE MARTIN FIRM, LLP


/s   <u>JOHN T. MARTIN</u>
     GA BAR # 473330
     COUNSEL FOR DEFENDANT

P.O. Box 1436
Columbus, GA 31902
Phone:       (706) 324-7371
Fax:         (706) 321-9501
john@themartinfirm.com